UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| DANIEL WILLIAMS | ) |
| | ) CASE NO.: 9:10-cv-80237 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CLASS ACTION |
| BLUE CROSS BLUE SHIELD OF FLORIDA, INC. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Comes now Plaintiff, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) hereby voluntarily dismisses, without prejudice, the above captioned action against Blue Cross Blue Shield of Florida, Inc.

Plaintiff represents that he has not and will not receive any payment, direct or indirect, in connection with the dismissal of this action.

DATED: May 4, 2010

By: s/ WILLIAM C. WRIGHT
Florida Bar No. 0138861
THEODORE J. LEOPOLD
LEOPOLD KUVIN, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Tel. (561) 515-1400
Fax (561) 515-1401
wwright@leopoldkuvin.com

CHRISTOPHER M. BURKE
SCOTT+SCOTT, LLP
600 B. Street, Suite 1500
San Diego, CA 92101
Tel. (619) 233-4565
Fax (619) 233-0508
cburke@scott-scott.com

JOSEPH P. GUGLIELMO
SCOTT+SCOTT, LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
Tel. (212) 223-6444
Fax (212) 223-6334

JEFFREY A. LEON
FREED & WEISS LLC
111 West Washington Street,
Suite 1331
Chicago, IL 60602
Tel. (312) 220-0000
Fax (312) 220-7777
jeff@freedweiss.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of May, 2010 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

s/William C. Wright